UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

-vs-                                                                 Case # 5:15cr30-003

JOSE JUAN RUIZ PRUDENCIO
a/k/a Jose Juan Ruiz-Prudencio a/k/a
Jose Ruiz Prudencio, a/k/a Juan Ruiz Prudencio, a/k/a
Jose Ruiz, a/k/a Juan Ruiz, a/k/a Flaco, a/k/a El Flaco

USM # 15861-002

Defendant's Attorney:
William E. Bubsey (Appointed)
210 South Monroe Street
Tallahassee, Florida 32301

_____

**<u>AMENDED JUDGMENT IN A CRIMINAL CASE[1]</u>**

The defendant pleaded guilty to Counts 1, 9, 18, 31, and 32 of the indictment on March 1, 2016. Accordingly, IT IS ORDERED that the defendant is adjudged guilty of such counts which involve the following offenses

---

[1] This amended judgment is identical to the original except for the correction of two scrivener's errors: for count 1, the date the offense concluded; and for count 18, the citation to the statute of conviction.

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Transport An Individual in Interstate Commerce to Engage in Prostitution; or Induce, Persuade, or Entice An Individual to Travel In Interstate Commerce to Engage in Prostitution; or To Keep or Maintain, or Harbor In Any House/Place for the Purpose of Prostitution An Alien in Pursuance of Importation | August 31, 2015 | 1 |
| 18 U.S.C. § 2421 | Transport a female in interstate commerce for the purpose of prostitution | June 4, 2015 | 9 |
| 18 U.S.C. § 2422 | Persuade individuals to engage in prostitution | June 25, 2015 | 18 |
| 18 U.S.C. § 2421 | Transport a female in interstate commerce for the purpose of prostitution | August 13, 2015 | 31 |
| 18 U.S.C. § 2421 | Transport a female in interstate commerce for the purpose of prostitution | August 16, 2015 | 32 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
May 26, 2016


s/Robert L. Hinkle
United States District Judge
June 11, 2016

## **IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **48 months on Counts 1, 9, 18, 31, and 32, all to run concurrently.**

**No term of supervised release is imposed.**

The Court recommends to the Bureau of Prisons:

> **The defendant should be designated to a facility as near as possible to Montgomery, Alabama.**

The defendant is remanded to the United States Marshal.

## **RETURN**

I have executed this judgment as follows:
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this

judgment.

_____
UNITED STATES MARSHAL

By:_____
    Deputy U.S. Marshal

Case No. 5:15cr30-003

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court. Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7717. Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

| SPECIAL MONETARY ASESSEMENT | FINE | RESTITUTION |
|---|---|---|
| $500.00 | -0- | -0- |

## SPECIAL MONETARY ASSESSMENT

A special monetary assessment of **$500.00** is imposed.

No fine imposed.

Case No.  5:15cr30-003

## **SCHEDULE OF PAYMENTS**

Payments shall be applied in the following order: (1) special monetary assessment; (2) non-federal victim restitution; (3) federal victim restitution; (4) fine principal; (5) costs; (6) interest; (7) penalties

Payment of the total fine and other criminal monetary penalties shall be due as follows:

in full immediately

The defendant must notify the court of any material changes in the defendant's economic circumstances, in accordance with 18 U.S.C. §§ 3572(d), 3664(k) and 3664(n). Upon notice of a change in the defendant's economic condition, the Court may adjust the installment payment schedule as the interests of justice require.

Special instructions regarding the payment of criminal monetary penalties pursuant to 18 U.S.C. § 3664(f)(3)(A):

Unless the court has expressly ordered otherwise above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. In the event the entire amount of monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due. The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

The defendant shall forfeit the defendant's interest in the following property to the United States:

Case No.  5:15cr30-003